UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK CITY
CORPORATION,

JUDGMENT
04-CV- 5733 (FB)

Plaintiff,

-against-

MARIO GUITY,

Defendant.
-------------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 20, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated February 8, 2006, without *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding plaintiff statutory damages in the amount of $7,620.00, and attorneys' fees and costs in the amount of $444.50, against defendant Mario Guity; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered in favor of plaintiff, Cablevision Systems New York City Corporation, and against defendant, Mario Guity, awarding plaintiff damages in the amount of $7,620.00, and attorneys' fees and costs in the amount of $444.50.

Dated: Brooklyn, New York
July 20, 2006

ROBERT C. HEINEMANN
Clerk of Court